NOTE:  This disposition is nonprecedential

# United States Court of Appeals for the Federal Circuit

2009-3012

GEORGE W. WINGO,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

Hope H. Camp, Jr., Hope H. Camp, Jr., P.C., of San Antonio, Texas, argued for petitioner.

Michelle A. Windmueller, Appellate Counsel, Law Department, United States Postal Service, Office of the General Counsel, Washington, DC, argued for respondent. With her on the brief were Tony West, Assistant Attorney General, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, and Lori J. Dym, Chief Counsel, Appellate Litigation, Law Department, Office of the General Counsel, United States Postal Service, Washington, DC.

Appealed from:  Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3012

GEORGE W. WINGO,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

# Judgment

ON APPEAL from the     Merit Systems Protection Board

in CASE NO(S).     DA0752080083-I-1.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MAYER, PROST, and MOORE, Circuit Judges )

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED July 8, 2009

/s/ Jan Horbaly
Jan Horbaly, Clerk